**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01094-CR
### NO. 14-13-01095-CR
### NO. 14-13-01096-CR
### NO. 14-13-01097-CR
### NO. 14-13-01098-CR

---

## EX PARTE DARRELL WAYNE OWENS

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1382990, 1388128, 1388129, 1388130 & 1373083**

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notices of appeal in this case, personally signed by appellant, has been filed with this Court. *See* TEX. R. APP. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed.  We direct the Clerk of the Court to issue the mandates of the Court immediately.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).